UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DANIEL DAVIDSON

VS. CR. No. 04-052-ML

UNITED STATES

MOTION FOR CORRECTION OF PRE-SENTENCE REPORT

Now comes the defendant Daniel Davidson, and moves this Honorable Court, to allow for a review of the Pre-Sentence Report, and have correction(s) made to the report by the office of Probation, the United States Court of Appeals has affirmed the sentence to run consecutive to the State sentence, but they did allude to the facts found in the Pre-Sentence Report.

One of the factors that the Court of Appeals did not look at was that the criminal act charged against the defendant took place at the time of arrest in the State crime, and that the evidence was turned over to the Government on 28 July 2000, over four years after his arrest, and done under an unlawful search by the state, so they could not charge the defendant.

Even with the errors done by the State, this defendant has never been charged with any other offense, and his Criminal History Category should be I not II, that would at the very least bring the Offense level of 18 under Category I, to 27-33 months.

The defendant also states that this court now has full jurisdiction over this case again, and that a review of the Pre-Sentence report is required with submittion of errors found by this defendant and his counsel to be made to the Office of Probation, so that this Court can have the most correct information on this defendant, to properly serve justice in this matter.

Therefore this defendant moves at this time for a copy of the Pre-Sentence Report, because he dose not have any case Managers in the State of Rhode Island.

Respectfully submitted,

Daniel E. Davidson
P.O. Box 8273
Cranston, RI 02920

**CERTIFICATE OF SERVICE**

I the defendant Daniel Davidson, do hereby state, that a true copy of this motion has been mailed to the following by the U.S. Mail postage paid on 30 June 2005.

(1) United States Attorney
(2) Office of the Federal Defender
(3) Clerk of the Court for the U.S. First District

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
ADDENDUM TO BRIEF

UNITED STATES

VS. No. 04-2058
04-052-ML

DANIEL DAVIDSON

ARGUMENT

4. THE (NCIS) Naval Criminal Investigative Service, did obtain the information against the defendant in July 2000, and did serve upon the defendant a Federal Search Warrant in August of 2000, to finish there investigation of the defendant.

This information the defendant is now charged with, the Military and Federal Court did decline to charge the defendant when moved by motion and Writ of Habeas Corpus was filed in May of 2002 by the defendant under case: 02-234.

By the action of the United States Government to now after almost four years, to charge the defendant who had no prior criminal record with a Category 2 is plain error, and dose fall very close to the violation of the Petite Rule and Attorney's Manual, under 9-2.142. being the information was used in the State Court.

ThereFore the defendant provides this statement of fact, to the Pre-Sentence Report and this brief, providing grounds for this court to Remand for re-sentencing.

Daniel Davidson

## STATEMENT OF JURISDICTION

On 28 July 2000, the defendant, Daniel Davidson, was arraigned before the District Court in Providence Rhode Island and then arraigned on the State Indictment in Washington County Superior Court in February 2001.

On July 30, 2004 he entered into a plea agreement on the state Indictment, the State Court had jurisdiction over the Plea agreement being that the Federal Court Denied the transfer of information to the United States District Court.

The defendant was misinformed by counsel about the Plea Agreement, he was told that the State did not have any grounds to ask for aggravating circumstances, and that the Benchmark is found under RIGL 11-37-8 20-Life, 35A One count 10-15 Years, there were no Multiple counts, and the statement made by the Court that if they did not fight back there would have been more assaults, is not justified nor dose it carry any fact to back it up other then what the state said.

Not only was the defendant given 65 Years with 28 to serve, but was then charged by the Government and given 37 months to serve, after he was told the Government was not going to charge him after this plea agreement.

## ISSUES PRESENTED FOR APPEAL

1. The defendant preserved an issue based on United States v. Booker.
2. The defendant's sentence imposed dose comply with the grounds set in United States V. Booker with respect to length.
3. The language contained in the States correspondence, shows that they knew that the defendant was forced into a plea agreement, and that he did move for the State and Government to admit to any other potential charges prior to any plea agreement.
4. That the prosecutors in the state case were in communication with the Government against judicial policy.