IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 04-052ML |
| | : | |
| DANIEL DAVIDSON | : | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR CORRECTION OF PRE-SENTENCE REPORT**

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully submits this Objection to defendant's Motion for Correction of Pre-Sentence Report.

As noted in the Presentence Investigation Report in this case, the defendant was involved in three incidents of child molestation and kidnaping, occurring on September 11, 1999, October 17, 1999 and July 27, 2000. On July 27, 2000, the defendant was arrested for the child abduction which occurred on that day. When he was arrested, he was found in possession of child pornography, which formed the basis of his federal prosecution.

On July 5, 2002, the defendant pled guilty in state court to charges of child molestation and kidnaping relating the incidents on September 11, 1999, October 17, 1999 and July 27, 2000. He received a sentence of 60 years imprisonment, with 28 years to serve and 32 years suspended.

On April 21, 2004, an federal Information was filed against the defendant charging him with Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). Pursuant to a plea agreement, the defendant pled guilty to the Information on May 4, 2004. On July 30, 2004, the defendant was sentenced to 37 months imprisonment, to run consecutive to the state sentence, 3 years supervised release, and ordered to pay a special assessment in the amount of $100.

The defendant appealed his conviction, arguing that this Court acted unreasonably in refusing to make the defendant's federal sentence run concurrently with the state sentence. On May 16, 2005, the United States Court of Appeals for the First Circuit upheld the District Court sentence.

In this Motion, the defendant asks this Court to correct his Presentence Investigation Report, arguing that his Criminal History Category should have been I, instead of II as set forth in the Report. The government objects to this Motion for two reasons: 1) the defendant never objected to the criminal history calculation at the time of sentencing; and 2) the Presentence Investigation Report correctly calculated the Criminal History Category as II.

For these reasons, the government urges this Court to deny defendant's Motion.

UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July 2005 I caused to be sent a true copy of the within Government's Objection to:

Daniel Davidson
PO Box 8273
Cranston, RI 02920

L. Dana M. Steele