UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DANIEL DAVIDSON

VS. CR. No. 04-052ML

UNITED STATES

FILED
JUL 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Denied for the reasons set forth in the Government's Memo in Opposition. Mary M. Lisi US DJ 7/18/05

# MOTION FOR CORRECTION OF PRE-SENTENCE REPORT

Now comes the defendant Daniel Davidson, and moves this Honorable Court, to allow for a review of the Pre-Sentence Report, and have correction(s) made to the report by the office of Probation, the United States Court of Appeals has affirmed the sentence to run consecutive to the State sentence, but they did allude to the facts found in the Pre-Sentence Report.

One of the factors that the Court of Appeals did not look at was that the criminal act charged against the defendant took place at the time of arrest in the State crime, and that the evidence was turned over to the Government on 28 July 2000, over four years after his arrest, and done under an unlawful search by the state, so they could not charge the defendant.

Even with the errors done by the State, this defendant has never been charged with any other offense, and his Criminal History Category should be I not II, that would at the very least bring the Offense level of 18 under Category I, to 27-33 months.

The defendant also states that this court now has full jurisdiction over this case again, and that a review of the Pre-Sentence report is required with submittion of errors found by this defendant and his counsel to be made to the Office of Probation, so that this Court can have the most correct information on this defendant, to properly serve justice in this matter.

Therefore this defendant moves at this time for a copy of the Pre-Sentence Report, because he dose not have any case Managers in the State of Rhode Island.

Respectfully submitted,

Daniel E. Davidson
P.O. Box 8273
Cranston, RI 02920

**CERTIFICATE OF SERVICE**

I the defendant Daniel Davidson, do hereby state, that a true copy of this motion has been mailed to the following by the U.S. Mail postage paid on 30 June 2005.

(1) United States Attorney
(2) Office of the Federal Defender
(3) Clerk of the Court for the U.S. First District